CARL THORNTON, APPELLANT, V. LEO BENNINGHOVEN ET AL., APPELLEES.

FILED APRIL 18, 1930. No. 27002.

Seymour L. Smith, for appellant.

William McDonnell, contra.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and LANDIS, District Judge.

PER CURIAM.

This is an action to recover damages upon two causes of action, one for false imprisonment and one for malicious prosecution. At the close of plaintiff's evidence, the district court sustained motions to dismiss made by defendants, and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.